UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN R. MARI, | ) | CIVIL ACTION NO. 4:21-CV-887 |
| *On Behalf of Roberto Mari (deceased)* | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | (ARBUCKLE, M.J.) |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Defendant | | |

ORDER

In accordance with the accompanying memorandum opinion, it is

ORDERED that:

(1)   This case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

(2)   Final Judgment will be issued in Dawn Mari's favor by separate order.

(3)   The Clerk of Court is DIRECTED to CLOSE this case.

Date: September 27, 2022                BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge